**FOR USE BY INCARCERATED PERSONS**

· RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE *MIDDLE* DISTRICT OF ALABAMA

2006 APR 19 A 9: 36

2:06cv352-F

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1.  Your full name:  Ronald. Sutton  210657

    Present mailing address:  565 Bibb Lane Brent, Al 35034

2.  Are you presently employed?                                    Yes ____   No ✓

    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

    NA

    NA

    Monthly earnings:  none

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

    NA

    NA

    Date last worked:  none

    Monthly earnings:  NA

3.  Have you received within the past twelve months any money from any of the following sources?

    (a)   Business, profession, or any form of self-employment?     Yes ____   No ✓

    (b)   Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓

1

(c)    Pensions, annuities, or life insurance payments?     Yes _____     No ✓

(d)    Gifts or inheritances?     Yes _____     No ✓

(e)    Any other sources?     Yes _____     No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____ None _____

_____

_____

4.    How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ none

5.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?     Yes _____     No ✓

If the answer is "yes," describe the property and state its approximate value:

_____ NA _____

_____ NA _____

_____ none _____

6.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____ None _____

_____ NA _____

_____ NA _____

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2006

Ronald Sutton
SIGNATURE OF PLAINTIFF

2

★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE
CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING
PRISONER ACCOUNTS" is properly completed and certified.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full** months must be provided.

### CERTIFICATION

I hereby certify that prisoner _Ronald Sutton_ has been incarcerated in this institution since _5 / 4_, 2004, and that he has the sum of $ _∅_ in his prison or jail trust account on this the _7th_ day of _April_, 2006. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | October 2005 | $ ∅ | $ ∅ |
| Month 2 | November 2005 | $ ∅ | $ ∅ |
| Month 3 | December 2005 | $ ∅ | $ ∅ |
| Month 4 | January 2006 | $ ∅ | $ ∅ |
| Month 5 | February 2006 | $ ∅ | $ ∅ |
| Month 6 | March 2006 | $ ∅ | $ ∅ |
| Current month (if less than full month) | April 2006 | $ ∅ | $ ∅ |

_Rita Breland Account Clerk_
Signature of Authorized Officer of Institution

_Bibb Correctional Facility_
Name of Institution

4

APR. 07, 2006            USER: BRELAND, RITA                    INMADB
                   COMPUTE AVERAGE DAILY BALANCE




          ENTER THE INMATE'S AIS NUMBER ====>    210657

       ENTER THE 'AS OF' DATE (CCYYMMDD) ====>    20060407


          NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                  PRESS ENTER TO CONTINUE

APR. 07, 2006            USER: BRELAND, RITA                    INMACI
        INMATE ACCOUNT INFORMATION FROM OCT. 01, 2005 THRU APR. 07, 2006

   AIS#:   210657    NAME: SUTTON, RONALD          CURRENT BAL.:      $0.00

| DATE OF TRANS. | PREVIOUS BALANCE | TRANS. NUMBER | NAME OF SENDER/PAYEE | TYPE OF TRANS. | TRANS. AMOUNT | AMOUNT DEDUCTED |
|---|---|---|---|---|---|---|

              END OF DATA ON SUTTON, RONALD