IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED
2006 APR 28 A 10: 07

RONALD SUTTON

    PLAINTIFF

VS.                                                          CV-2:06-CV-352-MEF

BOB RILEY, et, al;

    Defendants

_____/

**PLAINTIFF'S MOTION TO CORRECT MAGISTRATE'S STATEMENT OF CLAIM**

    Sutton pursuant to 42 USC § 1983 has made a valid claim under the Constitutional discrimination with a Statute of Alabama Law, to which Governor Bob Riley and other named Defendants have used in violation of Alabama Statute and ACT 80-446 to cause prison overcrowding in Alabama. The claim has nothing which says Suttons request to earn CIT Good Time. The Magistrate has used Sutton's claim and twsited the Constitutional violations under the wrong claim which violates the 14th Amendment rights of Sutton and all others in Alabama Prisons.

    The Magistrate has failed to make a full review of Constitutional violations which United States Constitution protects. In fact Sutton has made a claim where these Defendants are violating Court orders issued by this Court, and which comes under United States Constitution. Former Governor Fob James making a full agreement with Federal Court to bring

Page 2.

Alabama Prisons into compliance with United States Constitution. Sutton has not one single claim which says by any ruling that Sutton will be granted release from his State Court conviction. Sutton is not attacking his conviction at all. The Magistrate is using the claim to deny Sutton bringing this 42 USC § 1983 which has merits under the Constitutional violations to which Governor Bob Riley, and Attorney General are bound by State law to make a full report of where discrimination is a civil rights violation altogether. Alabama Statutes of law can't grant and afford discrimination. Where discrimination exist Sutton has made a complete claim where Alabama Prison Overcrowding exist.

The Magistrate says that the action is best served in the Northern District. However, it may be worded, Federal Court don't want to take the responsibility to make State Officals comply with United States Constitutional Violations to which Honorable Judge Varner and other Judges ruled that Alabama Prisons were and still are in direct violation of the United States Constitution. Sutton has not nmaed one Warden, nor any conditions at Bibb Correction Facility. Sutton nmaed just exactly where these United States Constitutional Violations exist which caused discrimination on the face of the Statute of law, and the very act itself.

Wherefore the orders entered saying there is an undermind the conviction must be sticken.

Respectfully

_____
RONALD SUTTON