| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Albert B. Coleman_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>  5/11/06 |
| 1. Article Addressed to:<br>Clerk, U. S. District Court<br>Northern District of Alabama<br>United States District Court<br>Hugo L. Black U. S. Courthouse<br>1729 5th Avenue North, Room 140<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 2. 06cv352 (entire file trsf to NDAL)  4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Transfer from service label)   7005 1160 0001 2962 4097 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540